United States District Court
for the
Southern District of Florida

| | |
|---|---|
| Securities and Exchange Commission, Plaintiff, | ) ) ) |
| v. | ) ) Civil Action No. 21-60624-Civ-Scola ) |
| John W. Fisher, Defendant. | ) ) |

## Judgment

The Court has granted judgment in favor the Plaintiff, the Securities and Exchange Commission. (Order, ECF No. 44.) Accordingly, the Court awards **$371,171** (comprised of $277,806 in disgorgement, $43,365 in prejudgment interest on the disgorgement, and a civil penalty of $50,000) to the Commission and against Defendant John W. Fisher. This case is to remain closed.

**Done and ordered** in Miami, Florida, on January 18, 2023.

_____
Robert N. Scola, Jr.
United States District Judge